THE TRENTON PASSENGER RAILWAY COMPANY, PLAINTIFF IN ERROR, v. JOSEPH J. HAWK, DEFENDANT IN ERROR.

On error to the Supreme Court.

For the plaintiff in error, *James Parker.*

For the defendant in error, *Edwin Robert Walker* and *Garret D. W. Vroom.*

PER CURIAM.

The judgment below affirmed, for the reasons given by the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, DIXON, GARRISON, GUMMERE, MAGIE, REED, VAN SYCKEL, BOGERT, BROWN, KRUEGER, SIMS. 12.

*For reversal*—None.